| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Kristine A Thagard<br>Marshack Hays Wood LLP<br>870 Roosevelt<br>Irvine, CA 92620<br><br>714–545–2400<br><br><br><br><br><br><br>*Plaintiff or Attorney for Plaintiff* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES**

| In re:<br><br>KNP Holdings, LLC<br><br><br><br>Debtor(s). | CASE NO.: 2:24–bk–10898–BR<br><br>CHAPTER: 7<br><br>ADVERSARY NUMBER: 2:24–ap–01245–BR |
|---|---|
| Wesley H. Avery<br><br>Plaintiff(s)<br>Versus<br><br>Grand Prairie Villas, LLC, is a Texas limited liability company<br><br>**(See Attachment A for names of additional defendants)**<br>Defendant(s) | **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004–1]** |

TO THE DEFENDANT(S): A Complaint has been filed by the Plaintiff against you. If you wish to defend against the Complaint, you must file with the court a written pleading in response to the Complaint. You must also serve a copy of your written response on the party shown in the upper left–hand corner of this page. The deadline to file and serve a written response is **11/18/2024.** If you do not timely file and serve the response, the court may enter a judgment by default against you for the relief demanded in the Complaint.

A status conference in the adversary proceeding commenced by the Complaint has been set for:
        **Date:**               **December 17, 2024**
        **Time:**              **10:00 AM**
        **Hearing Judge:**   **Barry Russell**
        **Location:**        **255 E Temple St., Crtrm 1668, Los Angeles, CA 90012**

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                            Page 1                    **F 7004–1.SUMMONS.ADV.PROC**

**You must comply with LBR 7016–1, which requires you to file a joint status report and to appear at a status conference.** All parties must read and comply with the rule, even if you are representing yourself. You must cooperate with the other parties in the case and file a joint status report with the court and serve it on the appropriate parties at least 14 days before a status conference. A court–approved joint status report form is available on the court's website (LBR form F 7016–1.STATUS.REPORT) with an attachment for additional parties if necessary (LBR form F 7016–1.STATUS.REPORT.ATTACH). If the other parties do not cooperate in filing a joint status report, you still must file with the court a unilateral status report and the accompanying required declaration instead of a joint status report 7 days before the status conference. **The court may fine you or impose other sanctions if you do not file a status report. The court may also fine you or impose other sanctions if you fail to appear at a status conference.**

                                    **KATHLEEN J. CAMPBELL**
                                    **CLERK OF COURT**

Date of Issuance of Summons and Notice of Status Conference in Adversary Proceeding: October 18, 2024

                                By: _____"s/" Stacey Fortier_____

                                            Deputy Clerk



This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*  Page 2  **F 7004–1.SUMMONS.ADV.PROC**

# ATTACHMENT A
Names of plaintiffs and defendants

| Plaintiff(s): | Defendant(s): |
|---|---|
| Wesley H. Avery | Grand Prairie Villas, LLC, is a Texas limited liability company<br>JCBD, LLC is a Florida limited liability company<br>Edward Kratz<br>Joe McMackin, in his capacity as trustee of the Kratz Revocable Declaration of Trust dated February 14, 1994 and its beneficiary JOHN KRATZ<br>Revere Tactical Opportunities REIT, LLC, successor–in–interest to Revere Tactical Opportunities TRS, LLC<br>Studio Instrument Rentals, Inc. a California corporation |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**ATTACHMENT A**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled: **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004–1]** and (2) the accompanying pleading(s) entitled:
***See attachment.

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005–2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) October 22, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

[x] Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) October 22, 2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

[x] Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) October 22, 2024, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
Via Personal Delivery
PRESIDING JUDGE'S COPY, Honorable Barry Russell
United States Bankruptcy Court, Central District of California, Edward R. Roybal Federal Building and Courthouse, 255 E. Temple Street, Suite 1660 / Courtroom 1668, Los Angeles, CA 90012

[ ] Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 22, 2024 | Chanel Mendoza | /s/ Chanel Mendoza |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                                                                                      F 7004–1.SUMMONS.ADV.PROC

A true and correct copy of the foregoing document entitled (*specify*): **(1) COMPLAINT FOR (1) QUIET TITLE AND DECLARATORY RELIEF; (2) AVOIDANCE, RECOVERY, AND PRESERVATION OF AVOIDABLE TRANSFER [11 U.S.C. §§ 544, 550 and 551]; (3) AVOIDANCE, RECOVERY, AND PRESERVATION OF CONSTRUCTIVE FRAUDULENT TRANSFERS [11 U.S.C. §§ 544, 548, 550 and 551; CAL. CIV. CODE §§ 3439.04, 3439.05]; (2) ADVERSARY PROCEEDING COVER SHEET; (3) HONORABLE BARRY RUSSELL'S NOTICE; AND (4) SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004-1]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Con't
   - TRUSTEE AND PLAINTIFF: Wesley H Avery (TR)    wes@averytrustee.com, C117@ecfcbis.com;lucy@averytrustee.com;lupe@averytrustee.com
   - ATTORNEYS FOR TRUSTEE AND PLAINTIFF: Tinho Mang    tmang@marshackhays.com, tmang@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com
   - ATTORNEYS FOR TRUSTEE AND PLAINTIFF: Kristine A Thagard    kthagard@marshackhays.com, kthagard@ecf.courtdrive.com;alinares@ecf.courtdrive.com
   - US TRUSTEE: United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
   - ATTORNEYS FOR TRUSTEE AND PLAINTIFF: David Wood    dwood@marshackhays.com, dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com

   ☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:  Con't.

| | |
|---|---|
| **Defendant**<br>GRAND PRAIRIE VILLAS, LLC, a Texas limited liability company<br>Attn: Annabelle Pacheco, Manager, or CEO, or Officer, Managing or General Agent, or any Other Agent Authorized to Receive Service of Process<br>20687-2 Amar Road, Suite 234<br>Walnut, CA 91789 | **Defendant**<br>Defendant, GRAND PRAIRIE VILLAS, LLC, a Texas limited liability company<br>Attn: Casey Z. Donoyan, or CEO, or Officer, Managing or General Agent, or any Other Agent Authorized to Receive Service of Process<br>15303 Ventura Blvd., Suite 1650<br>Sherman Oaks, CA 91403 |
| **Attorney for Defendant**<br>Grand Prairie Villas LLC<br>Ori S. Blumenfeld, Esq.<br>**Levinson Arshonsky Kurtz & Komsky, LLP**<br>15303 Ventura Blvd., Suite 1650<br>Sherman Oaks, CA 91403<br>Oblumenfeld@lakklawyers.com | **Defendant**<br>JCBD, LLC, a California limited liability company<br>Attn: John Francis Kratz, AMBR, CEO, or Officer, Managing or General Agent, or any Other Agent Authorized to Receive Service of Process<br>Corporation Service Company<br>469 Needle Palm Street<br>Largo, FL 33778 |
| **Defendant**<br>EDWARD KRATZ<br>820 Law Street<br>San Diego, CA 92109 | **Defendant**<br>JOE MCMACKIN, in his capacity as trustee of the Kratz Revocable Declaration of Trust dated February 14, 1994 and its beneficiary JOHN KRATZ<br>43537 Ridge Park Dr<br>Temecula, CA 92590-3615 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                                    F 9013-3.1.PROOF.SERVICE

| | |
|---|---|
| **Defendant**<br>JOE MCMACKIN, in his capacity as trustee of the Kratz Revocable Declaration of Trust dated February 14, 1994 and its beneficiary JOHN KRATZ<br>c/o Paul J. Leeds, Esq.<br>Shelby Poteet, Esq.<br>Franklin Soto Leeds LLP<br>444 West C. Street, Suite 300<br>San Diego, CA 92101<br>pleeds@fsl.law<br>spoteet@fsl.law | **Defendant**<br>REVERE TACTICAL OPPORTUNITIES REIT, LLC<br>Attn: CEO, or Officer, Managing or General Agent, or any Other Agent Authorized to Receive Service of Process<br>Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 |
| **Defendant**<br>REVERE TACTICAL OPPORTUNITIES REIT, LLC<br>Attn: Travis Behl, Brigitte Harley, or CEO, or Officer, Managing or General Agent, or any Other Agent Authorized to Receive Service of Process<br>5910 N. Central Expressway, Suite 1600<br>Dallas, TX 75206<br>tbehl@reverecapital.com<br>bharley@reverecapital.com | **Attorney for Defendant**<br>REVERE TACTICAL OPPORTUNITIES REIT, LLC<br>c/o Winstead PC<br>Attn: John Adolph, Esq.<br>Annmarie Chiarello, Esq.<br>500 Winstead Building<br>2728 N. Harwood Street<br>Dallas, TX 75201<br>jadolph@winstead.com<br>achiarello@winstead.com |
| **Attorney for Defendant Revere (via Stewart Title)**<br>David S. Bartelstone<br>Cunningham, Treadwell & Bartelstone<br>21800 Oxnard Street, Suite 840<br>Warner Center Towers<br>Woodland Hills, CA 91367<br>dbartelstone@ctblawoffices.com | **Attorney for Defendant Revere (local)**<br>Leslie Cohen Law PC<br>1615-A Montana Avenue<br>Santa Monica, CA 90403<br>leslie@lesliecohenlaw.com |
| **Defendant**<br>STUDIO INSTRUMENT RENTALS, INC., a California corporation<br>Attn: Kenneth Berry, Owner, CEO, or Officer, Managing or General Agent, or any Other Agent Authorized to Receive Service of Process<br>6465 Sunset Blvd.<br>Los Angeles, CA 90028<br>ken@sir-usa.com | **Attorney for Defendant SIR**<br>Christopher J. Harney, Esq.<br>Theodora Oringher PC<br>535 Anton Blvd, Ninth Floor<br>Costa Mesa, CA 92626-7109<br>charney@tocounsel.com |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.